Fauzia DIN, Plaintiff–Appellant,

v.

John F. KERRY,* Secretary of State; Jeh Johnson, Secretary of Homeland Security; Loretta E. Lynch, Attorney General, Attorney General of the United States; Richard Olson, Ambassador of the United States Embassy, Islamabad, Pakistan; Christopher Richard, Consul General of the Consular Section at the United States Embassy, Islamabad, Pakistan; P. Michael McKinley, Ambassador of the United States Embassy, Kabul, Afghanistan, Defendants–Appellees.

No. 10–16772.

United States Court of Appeals, Ninth Circuit.

Aug. 26, 2015.

Heidi C. Larson Howell, Sidley Austin LLP, Geoffrey D. Deboskey, Esquire, Sheppard Mullin Richter & Hampton LLP, Los Angeles, CA, Sin Yen Ling, Esquire, Asian Law Caucus, San Francisco, CA, for Plaintiff–Appellant.

Ila C. Deiss, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, Stacey Ilene Young, Trial, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before: RICHARD R. CLIFTON and MARY H. MURGUIA, Circuit Judges, and RANER C. COLLINS, District Judge.**

## ORDER

In light of the Supreme Court's opinion in *Kerry v. Din,* —— U.S. ——, 135 S.Ct. 2128, 192 L.Ed.2d 183 (2015), the judgment of the district court is **AFFIRMED.**